■ In the Matter of ATLANTIC RICHFIELD COMPANY et al., Respondents, v WAYNE SENN et al., Constituting the Zoning Board of Appeals of the City of Lockport, et al., Appellants. — Judgment unanimously reversed, without costs, and petition dismissed. Memorandum: Special Term erred in construing the provisions of the Lockport City Ordinance. That statute permits a property owner who enjoys a nonconforming use to switch to another nonconforming use of equal or more restrictive classification. This provision does not apply to petitioners, who operate their gas station pursuant to a variance, not pursuant to a nonconforming use (*Matter of James v Town of New Hartford,* 49 AD2d 247). Although Special Term did not reach the issue, we find petitioners' proof inadequate to establish the "dollars and cents" proof necessary to support a use variance (*Matter of Village Bd. v Jarrold,* 53 NY2d 254). (Appeal from judgment of Supreme Court, Niagara County, Joslin, J. — art 78.) Present — Hancock, Jr., J. P., Doerr, Boomer, Green and Moule, JJ.

■ JACK C. RUCKDESCHEL et al., Appellants, v COUNTY OF MONROE et al., Respondents. — Order unanimously affirmed, without costs, for reasons stated at Special Term, Davis J. (Appeal from order of Supreme Court, Monroe County, Davis, J. — malicious prosecution.) Present — Hancock, Jr., J. P., Doerr, Boomer, Green and Moule, JJ.